IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO: 1:11CR39 MMP/GRJ

v.

DOUGLAS ALLEN STONE

_____/

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United State of America requests this Court to issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendant has not been arrested as a result of the activities alleged in the indictment. Public revelation of the indictment could affect other investigations being brought to indictment.

2. The United States further moves the Court that the indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

Filed 12 20 11 USDC FLN 1 PM 0121

WHEREFORE, in order to arrest the defendant(s) before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

_____
Herbert S. Lindsey
Assistant United States Attorney
Texas Bar No. 00784476
111 N Adams St, 4th Floor
Tallahassee, FL 32301
(850) 942-8430

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 20th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE