UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 1:11cr39/MP

DOUGLAS ALLEN STONE

_____/

**O R D E R**

By Order dated August 27, 2012, a telephone status conference was scheduled for August 30, 2012, at 11:00 AM Eastern Time.  (Doc. 35).  Upon notification of a calendar conflict for counsel, the status conference was cancelled to be reset by separate notice. (DE 36).  Having conferred with counsel regarding availability, the previously ordered status conference will now proceed on **Friday, August 31, 2012, at 10:00 AM Eastern Time**.[1] Defendant and all counsel of record shall govern themselves accordingly.

**SO ORDERED** this 30th day of August, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Conference call information has previously been provided.