UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   1:11cr39/MP

DOUGLAS ALLEN STONE

_____/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(c)(3), the plea of guilty of the defendant, Douglas Allen Stone, to Count One, Count Five and Count Six of the indictment is hereby ACCEPTED.  All parties shall appear before this court for sentencing as directed.

**DONE and ORDERED** this 28th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**